

**NUMBER 13-15-00269-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ELVIRA J. GARCIA,** **Appellant,**

**v.**

**PATRICIA ELIZABETH HOLSEY, ET AL.,** **Appellees.**

---

**On appeal from the 135th District Court
of Goliad County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Elvira J. Garcia, perfected an appeal from a judgment entered by the 135th District Court of Goliad County, Texas, in cause number 15-050243-CV. Appellant has filed an unopposed motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of September, 2016.